| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF INDIANA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Heron Development, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  46-3864666

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5491 County Road 427** <br> **Auburn, IN 46706** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **De Kalb** <br> County | **Location of principal assets, if different from principal place of business** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Heron Development, LLC**  
      Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))  
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))  
☐ Railroad (as defined in 11 U.S.C. § 101(44))  
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))  
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))  
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))  
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)  
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)  
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7  
☐ Chapter 9  
■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.  
■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | **Northern District of Indiana (Fort Wayne Division)** | When | **4/21/21** | Case number | **21-10459** |
| District | _____ | When | _____ | Case number | _____ |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor **Heron Development, LLC**                                    Case number (*if known*)
         Name

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| 14. | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |

| | | | | |
|---|---|---|---|---|
| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | | | |
|---|---|---|---|---|
| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor   **Heron Development, LLC**                                              Case number (*if known*)
              Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Heron Development, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 21, 2021**
MM / DD / YYYY

X **/s/ Stephen D. Brown**                                **Stephen D. Brown**
Signature of authorized representative of debtor           Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ R. William Jonas, Jr.**                            Date **July 21, 2021**
Signature of attorney for debtor                           MM / DD / YYYY

**R. William Jonas, Jr. 5025-71**
Printed name

**May Oberfell Lorber**
Firm name

**4100 Edison Lakes Pkwy #100**
**Mishawaka, IN 46545**
Number, Street, City, State & ZIP Code

Contact phone **574-243-4100**          Email address **RJonas@maylorber.com**

**5025-71 IN**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Heron Development, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF INDIANA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **Resolution, Attachment to Disclosure of Compensation of Attorney for Debtor, Attachment to List of Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 21, 2021**         X  **/s/ Stephen D. Brown**
                                          Signature of individual signing on behalf of debtor

                                          **Stephen D. Brown**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

## RESOLUTION

I, Stephen D. Brown, declare that I am the Managing Member of Heron Development, LLC.

The Members of Heron Development, LLC, have met and approved a Chapter 11 bankruptcy filing for the purpose of restricting the company's finances and stop the Sheriff's sale scheduled for July 22, 2021.

Be it **THEREFORE RESOLVED** that Heron Development, LLC, is authorized to file for protection under Chapter 11, Title 11 of the United States Code.

_____
Stephen D. Brown, Managing Member

Fill in this information to identify the case:

Debtor name: **Heron Development, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF INDIANA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Buescher Construction Company, Inc.** 1206 Ruston Pass Fort Wayne, IN 46825 | | **Business Debt** | | | | **$250,000.00** |
| **Bunn, Inc.** 3204 Lower Huntington Road Fort Wayne, IN 46809 | | **Business Debt** | | | | **$1,100,000.00** |
| **Burt Blee** 200 East Main Street, Suite 1000 Fort Wayne, IN 46802 | | **Business Debt** | | | | **$65,000.00** |
| **CLJF Realty, LLC** 5417 County Road 427 Auburn, IN 46706 | | **Business Debt** | | | | **$750,000.00** |
| **D.A. Brown Engineering Consultants, Inc** PO Box 389 Auburn, IN 46706 | | **Business Debt** | | | | **$1,400,000.00** |
| **Fox Contractors Corp** 5430 Ferguson Road Fort Wayne, IN 46809 | | **Business Debt** | | | | **$1,250,000.00** |
| **Glassley, Scott & Carol** 4103 Crawford Road Fort Wayne, IN 46845 | | **Business Debt** | | | | **$35,100.00** |

Debtor **Heron Development, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Graber CLJF, LLC**<br>5417 County Road 427<br>Auburn, IN 46706 | | **Business Debt** | | | | $3,000,000.00 |
| **Hofer, Doug & Karen**<br>2910 McComb Road,<br>Huntertown, IN 46748 | | **Business Debt** | | | | $32,000.00 |
| **Johnson, Chris & Jamie**<br>14128 Peddlers Rd<br>Fort Wayne, IN 46814 | | **Business Debt** | | | | $42,000.00 |
| **Levy, Lisle**<br>5491 County Road 427<br>Auburn, IN 46706 | | **Business Debt** | | | | $125,000.00 |
| **Marquee Investments, LLC**<br>4410 New Haven Avenue<br>Fort Wayne, IN 46809 | | **Business Debt** | | $5,000,000.00 | $0.00 | $5,000,000.00 |
| **Mosaic Building Solutions, Inc**<br>709 Clay Street, Suite 200<br>Fort Wayne, IN 46802 | | **Business Debt** | | | | $350,000.00 |
| **Offerle, Andy & Amy**<br>11718 Woodstream Ridge Court<br>Fort Wayne, IN 46845 | | **Business Debt** | | | | $36,200.00 |
| **Relue, Dave**<br>c/o DeHayes Group<br>11118 Coldwater Road<br>Fort Wayne, IN 46845 | | **Business Debt** | | | | $36,200.00 |
| **RSD3, LLC**<br>5491 County Road 427<br>Auburn, IN 46706 | | **Business Debt** | | | | $750,000.00 |
| **Smith, Tim & Ang**<br>6010 Cherry Hill Parkway<br>Fort Wayne, IN 46835 | | **Business Debt** | | | | $275,000.00 |

Debtor **Heron Development, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Walters Heron Limited, LLC  14423 Bainbridge Court  Fort Wayne, IN 46814** | | **Business Debt** | | | | **$450,000.00** |
| **Wayne Asphalt and Construction Co, Inc  6600 Ardmore Ave  Fort Wayne, IN 46809** | | **Business Debt** | | | | **$165,000.00** |
| **Wilson Family Trust  c/o Andrew Kruse, Counsel  143 E 9th St  Auburn, IN 46706** | | **Business Debt** | | | | **$610,000.00** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Indiana

In re   **Heron Development, LLC**                                        Case No.
                            Debtor(s)                                     Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept | $ **17,605.00** |
   | Prior to the filing of this statement I have received | $ **17,605.00** |
   | Balance Due | $ **0.00** |

2. $ **1,738.00**   of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **July 21, 2021** | **/s/ R. William Jonas, Jr.** |
| *Date* | **R. William Jonas, Jr. 5025-71** |
| | *Signature of Attorney* |
| | **May Oberfell Lorber** |
| | **4100 Edison Lakes Pkwy #100** |
| | **Mishawaka, IN 46545** |
| | **574-243-4100  Fax: 574-232-9798** |
| | **RJonas@maylorber.com** |
| | *Name of law firm* |

## ATTACHMENT TO DISCLOSURE
## OF COMPENSATION OF ATTORNEY FOR DEBTOR

For legal fees, I have agreed to accept $17,605.00 plus such hourly fees as allowed by the Court pursuant to 11 U.S.C. §330.

*/s/ R. William Jonas, Jr.*
**R. William Jonas, Jr. 5025-71**
**May Oberfell Lorber**
**4100 Edison Lakes Pkwy #100**
**Mishawaka, IN 46545**
**574-243-4100**
**Fax:574-232-9798**
**RJonas@maylorber.com**

# United States Bankruptcy Court
## Northern District of Indiana

In re  **Heron Development, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CLJF Realty, LLC**<br>5417 County Road 427<br>Auburn, IN 46706 | | 47.5% | |
| **RSD3, LLC**<br>5491 County Road 427<br>Auburn, IN 46706 | | 47.5% | |
| **Walters Heron Limited, LLC**<br>14423 Bainbridge Court<br>Fort Wayne, IN 46814 | | 5% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July 21, 2021**

Signature  **/s/ Stephen D. Brown**  
**Stephen D. Brown**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## ATTACHMENT TO LIST OF EQUITY SECURITY HOLDERS

Heron Development LLC [EIN# 46-3864666] is wholly owned by three entities. These three entities hold ownership as shown:

1. CLJF Realty LLC            EIN#  46-3690404    47.5%
2. RSD3 LLC                   EIN#  43-3877834    47.5%
3. Walters Heron Limited LLC  EIN#  84-2825325     5.0%

The Managing Member for Heron Development is Stephen D. Brown.

Individual Ownership Breakdown within Heron Development LLC

| Member | Individual | Member Ownership | Heron Ownership |
|---|---|---|---|
| RSD3 LLC | David Brown | 18% | 8.55% |
|  | Daniel Brown | 18% | 8.55% |
|  | Rachel Brown | 18% | 8.55% |
|  | Stephen Brown | 18% | 8.55% |
|  | Duane Brown | 28% | 13.30% |
| CLJF Realty LLC | Craig Linnemeier | 40% | 19.00% |
|  | Jake Fetters | 60% | 28.50% |
| Walters Heron Ltd LLC | Jeff Walters | 100% | 5.00% |

_____
Stephen D. Brown, Managing Member

(6/2010)

# United States Bankruptcy Court
## Northern District of Indiana

In re    **Heron Development, LLC**      Case No.
                                    Debtor(s)      Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) verifies under penalty of perjury that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **July 21, 2021**             **/s/ Stephen D. Brown**
                                                  **Stephen D. Brown**/**Managing Member**
                                                  Signer/Title

```
BUESCHER CONSTRUCTION COMPANY, INC.
1206 RUSTON PASS
FORT WAYNE, IN 46825


BUNN, INC.
3204 LOWER HUNTINGTON ROAD
FORT WAYNE, IN 46809


BURT BLEE
200 EAST MAIN STREET, SUITE 1000
FORT WAYNE, IN 46802


CLJF REALTY, LLC
5417 COUNTY ROAD 427
AUBURN, IN 46706


D.A. BROWN ENGINEERING CONSULTANTS, INC
PO BOX 389
AUBURN, IN 46706


DILLER, JEREMY & ANGELA
111 W BERRY ST, SUITE 211
FORT WAYNE, IN 46802


FOX CONTRACTORS CORP
5430 FERGUSON ROAD
FORT WAYNE, IN 46809


GLASSLEY, SCOTT & CAROL
4103 CRAWFORD ROAD
FORT WAYNE, IN 46845


GRABER CLJF, LLC
5417 COUNTY ROAD 427
AUBURN, IN 46706
```

```
HAWK HAYNIE KAMMEYER & SMITH
116 EAST BERRY ST, LINCOLN TOWER
SUITE 302
FORT WAYNE, IN 46802


HELMUTH, KAMERON & AUTUM
15492 BEARS BREECH COURT
HUNTERTOWN, IN 46748


HOFER, DOUG & KAREN
2910 MCCOMB ROAD, HUNTERTOWN, IN 46748


JOHNSON, CHRIS & JAMIE
14128 PEDDLERS RD
FORT WAYNE, IN 46814


JOHNSON, NEIL & RUTH
5585 MURFIELD DR
ROCHESTER, MI 48306


LENTZ ENTERPRISES, INC
5648 COUNTY ROAD 75A
SAINT JOE, IN 46785


LEVY, LISLE
5491 COUNTY ROAD 427
AUBURN, IN 46706


MARQUEE INVESTMENTS, LLC
4410 NEW HAVEN AVENUE
FORT WAYNE, IN 46809


MOSAIC BUILDING SOLUTIONS, INC
709 CLAY STREET, SUITE 200
FORT WAYNE, IN 46802
```

```
OFFERLE, ANDY & AMY
11718 WOODSTREAM RIDGE COURT
FORT WAYNE, IN 46845


PAGE, TODD & CRYSTAL
5633 CR 35
AUBURN, IN 46706


PARTIN, RICK & BETH
2305 CENTRALYARD COURT
FORT WAYNE, IN 46818


RELUE, DAVE
C/O DEHAYES GROUP
11118 COLDWATER ROAD
FORT WAYNE, IN 46845


RSD3, LLC
5491 COUNTY ROAD 427
AUBURN, IN 46706


SCHMUCKER, RON & CAREY
12317 VIRGINIA HILLS CT
FORT WAYNE, IN 46845


SMITH, TIM & ANG
6010 CHERRY HILL PARKWAY
FORT WAYNE, IN 46835


STEWART, DAVID & LIANE
169 LEXINGTON DR
COLUMBIA CITY, IN 46725


TALL TREE PROPERTIES, LLC
1840 FLORIDA DR
FORT WAYNE, IN 46805
```

```
TIMBERLIN HOMES, LLC
PO BOX 98
LEO, IN 46765


WALTERS HERON LIMITED, LLC
14423 BAINBRIDGE COURT
FORT WAYNE, IN 46814


WAYNE ASPHALT AND CONSTRUCTION CO, INC
6600 ARDMORE AVE
FORT WAYNE, IN 46809


WEST BEND MUTUAL INSURANCE
1900 S 18TH AVENUE
WEST BEND, WI 53095


WILSON FAMILY TRUST
C/O ANDREW KRUSE, COUNSEL
143 E 9TH ST
AUBURN, IN 46706
```

# United States Bankruptcy Court
## Northern District of Indiana

In re: **Heron Development, LLC**, Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Heron Development, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**CLJF Realty, LLC**
5417 County Road 427
Auburn, IN 46706

**RSD3, LLC**
5491 County Road 427
Auburn, IN 46706

☐ None [*Check if applicable*]

| | |
|---|---|
| **July 21, 2021** | /s/ R. William Jonas, Jr. |
| Date | R. William Jonas, Jr. 5025-71 |
| | Signature of Attorney or Litigant |
| | Counsel for **Heron Development, LLC** |
| | May Oberfell Lorber |
| | 4100 Edison Lakes Pkwy #100 |
| | Mishawaka, IN 46545 |
| | 574-243-4100 Fax:574-232-9798 |
| | RJonas@maylorber.com |